In the Matter of HENRY O. THAYER, an attorney-at-law.

January 21, 1969. Respondent suspended until further order.

In the Matter of JOSEPH L. FERRARO, an attorney-at-law.

February 3, 1969. Respondent suspended from the practice of law for a period of six months and until further order. Opinion reported at 53 *N. J.* 183.

In the Matter of FRANCIS L. BOYLE, an attorney-at-law.

March 26, 1969. Suspension lifted and respondent restored to the practice of law.